IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-0010-CR-W-HFS |
| LUIS ACOSTA | ) | |
| ARMANDO G RODRIGUEZ | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The defendants have filed motions to suppress (Docs. 32 and 39), which have been heard by Judge Hays. They object to her report and the recommendation that I deny the motions. Having reviewed the record and briefing I agree with the report and recommendation, which I adopt, and DENY the motions.

Defendant Acosta objects principally to the vehicle stop and defendant Rodriguez objects principally to the basis for asserting suspicion justifying further detention and questioning. The report and recommendation adequately deals with the issues raised by counsel and in my judgment requires no further discussion.

                                                       /s/ Howard F. Sachs
                                                      HOWARD F. SACHS
                                                      UNITED STATES DISTRICT JUDGE

May   15 , 2012

Kansas City, Missouri